HENRY PISTCHAL, Appellant, v. MENDEL CHARLES and Others, Respondents.— Judgment reversed upon the law and the facts, and a new trial granted, costs to appellant to abide the event. We are of opinion that the findings by the learned trial court that defendant Mendel Charles was solvent at the time of the conveyance by him to his wife; that the mortgage by defendant Beatrice Charles to defendant Samuel L. Wallerstein, for $2,500, was for a good and valuable consideration; that the conveyance by Beatrice Charles to defendant Abraham H. Chaikin was for a good and valuable consideration, and that the conveyances and mortgage were not made with intent to hinder, delay and defraud the just creditors of defendant Mendel Charles, were contrary to the weight of the evidence. Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ., concur.

ZUELLA PLATT, Respondent, v. NEW YORK AND STAMFORD RAILWAY COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GILBERT CARMICHAEL, Appellant.*— Judgment of conviction of the County Court of Suffolk county reversed upon the law and the facts, and a new trial granted. Defendant was prejudiced by improper allegations and proof with reference to an alleged prior conviction and by erroneous rulings of the court with respect thereto. It is not necessary to the decision of this appeal to pass upon the sufficiency of the indictment. The question might become academic if the People, upon proper evidence, should procure a superseding indictment couched in terms which would be reasonably free from criticism respecting its adequately charging a crime and adequately apprising the defendant of what he is called upon to meet. (*People ex rel. Bullock* v. *Hayes*, 215 N. Y. 172.) Lazansky, P. J., Young, Seeger and Carswell, JJ., concur; Kapper, J., dissents and votes for a dismissal of the indictment because of its insufficiency upon its face.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANCESCO CARUSO, Appellant.— Judgment of conviction of the County Court of Kings county, in so far as appealed from, unanimously affirmed. Present — Lazansky, P. J., Young, Kapper, Seeger and Carswell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DOMINICK CERILLO, Appellant.*- Judgment of conviction of the County Court of Nassau county unanimously affirmed. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ.